UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNIE EUGENE CRABTREE,
    Petitioner,

                                        Case No. 08-13876

v.                                      Honorable Patrick J. Duggan

DEBRA SCUTT,
    Respondent.
_____/

## JUDGMENT

On September 9, 2008, Donnie Eugene Crabtree ("Petitioner") filed a *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2254, challenging his plea-based conviction in Delta County Circuit Court in 2006 for operating a vehicle under the influence of liquor, third offense. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to habeas corpus relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: December 15, 2010          s/PATRICK J. DUGGAN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Donnie Eugene Crabtree
#594212
G. Robert Cotton Corr. Facility
3510 North Elm Street
Jackson, MI 49201-8877

Assistant Attorney General Raina L. Korbakis